

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 10, 2021

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Valentin Petrescu*, 19 Cr. 651 (LTS)

Dear Judge Swain:

The Government respectfully submits this letter jointly with the defendant to request that the Court schedule a change of plea hearing. The Government and the defendant both consent to a remote proceeding. The defendant is at the Metropolitan Detention Center and requires a Romanian interpreter. Defense counsel has noted that he is unavailable February 17 and 19, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: *Samuel P. Rothschild*
Elizabeth A. Hanft
Samuel P. Rothschild
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2334/6527/2616

The Court will request a change of plea remote hearing setting for February 25, 2021, at 11:00 a.m. The precise time and modality cannot be confirmed until late in the week before, so counsel are requested to keep their calendars as open as possible from 9:00 a.m. to 2:00 p.m. that day. DE# 490 resolved.
SO ORDERED.
2/10/2021
/s/ Laura Taylor Swain, USDJ

cc:   Richard Harris Rosenberg, Esq. (by ECF)